IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -8  A 10: 58

CLERK

BANK OF WALTERBORO,
    Plaintiff,

VS.

MISS SUSAN
Official Number 569292,
IN REM and DALE J. ACKERMAN
and SUSAN T. ACKERMAN,
IN PERSONAM,
    Defendants.

Case No: CV207-030

## ORDER

Plaintiff's Motion to Move Vessel is hereby granted. The U.S. Marshal is directed to allow the vessel to be moved from the dock of Thompson's Seafood to George's Boat Works and George's Boat Works is hereby authorized and commanded to do so.

This  8th  day of  March , 2007.

James E. Graham
United States Magistrate Judge

Order Prepared By
VINCENT D. SOWERBY
Georgia State Bar No. 668750
Attorney for Plaintiff
PO Box 539
Brunswick, GA 31521-0539
Tel: 912-280-0330