In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 APR 13 P 2:58

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| BANK OF WALTERBORO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| MISS SUSAN, Official Number 569292, IN REM, and DALE J. ACKERMAN and SUSAN T. ACKERMAN, IN PERSONAM, | : | |
| Defendants. | : | NO. CV207-030 |

### ORDER GRANTING DEFAULT JUDGMENT

Plaintiff Bank of Walterboro, having moved this Court pursuant to Rule 55 of the Federal Rules of Civil Procedure for the Entry of a Default Judgment against the In REM Defendant Vessel, its engines, tackle, apparel, etc., and the In Personam Defendants Dale and Susan Ackerman, and the Court having found the following facts to exist:

1. Plaintiff filed an In REM action against the Vessel Miss Susan and an In Personam claim against Dale and his wife Susan Ackerman pursuant to Rule 9(h) and the Federal Rules of Civil Procedure on February 27, 2007. Defendants Ackerman acknowledged service, waived process and consented to the judicial sale of the Vessel.

AO 72A
(Rev. 8/82)

2. On March 15, 2007, the In Rem Defendant, Miss Susan, was served with a copy of the Complaint and Summons in said case by the United States Marshal for the Southern District of Georgia.

3. Notice of the suit and seizure was published in *The Brunswick News* on March 6, 2007 citing all persons having or claiming an interest in the Vessel to appear no later than March 21, 2007 and to file written claims, answers, ordinary defenses and to show cause why said Vessel should not be condemned and sold as prayed for in the Complaint. The Publisher's Affidavit has been filed with the record of this case. The three lienholders were served by certified mail with notice and copies of the complaint on or before March 5, 2007.

4. No answer, appearance, intervention or claim has been filed by any one and said Vessel and defendants are in default for failing to answer within the time required by Rule 12 of the Federal Rules of Civil Procedure or Rule 9(h) of the Supplemental Rules for certain admiralty and maritime claims. Likewise, other claimants, if any, are in default for failure to so appear and answer.

5. Plaintiff's Complaint is verified under oath and seeks a judgment for a sum certain. Plaintiff filed in connection with this Motion for Default Judgment affidavits setting forth the current balance which is in default and sought under the

Complaint filed with this Court. The total amount sought by Plaintiff as of the date upon which the U.S. Marshal has been ordered to conduct a judicial sale of the Vessel is $147,539.35.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff have a judgment against the In Rem Defendant Miss Susan and the In Personam Defendants Dale and Susan Ackerman in the amount of $147,539.35, plus interest at the legal rate from April 19, 2007 to the date of payment thereof. Plaintiff shall be entitled to credit for said amount should it be high bidder on the sale of the Defendant Vessel at any interlocutory or final sale of the said Vessel.

SO ORDERED, this 13 day of April, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA